1  Jeffry M. Dorocak, NV Bar No. 13109
2  Jeffrey L. Galliher, NV Bar No. 8078
   Timothy J. Geswein, NV Bar No. 10049
3  Nechole M. Garcia, NV Bar No. 12746
   LAS VEGAS CITY ATTORNEY'S OFFICE
4  495 S. Main Street, 6th Floor
   Las Vegas, Nevada 89101
5  T: (702) 229-6629
   *Attorneys for City of Las Vegas*
6
7                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
8

9  Vanessa Aoun,                            Case No.  2:22-cv-1751-GMN-EJY

10              Plaintiff,

11       vs.

12  City of Las Vegas, et al.,

13              Defendants.

14
15                          **Stipulation and Order**

16       Plaintiff Vanessa Aoun and the City of Las Vegas, through their undersigned counsel,

17  stipulate that:

18       1.   The Court ordered the parties to participate in a mandatory settlement conference.
19  ECF No. 29.

20       2.   The Order set the Settlement Conference for December 13, 2023. *Id*.
21
22       3.   The Order set the due date for Settlement Conference briefs as December 6, 2023.
23  *Id*.

24       4.   Counsel for Defendant City of Las Vegas learned at a November 28, 2023 Calendar
25  Call that a different matter had a firm trial date in federal court beginning on December 11, 2023.

26       5.   Defendant's counsel sought a stipulation for a continuance of this matter's
27  Settlement Conference in order to prepare for trial.

28



Page 1 of 2

6. Plaintiff's counsel agreed to a continuance of the Settlement Conference until sometime in January 2024, with the Court to set the actual date at the Court's convenience.

7. Therefore, the parties agree that there being no undue delay, unfair prejudice, or other reason not to continue the Settlement Conference, the parties ask the Court to continue the date for the Settlement Conference briefs to be due as well as the date for the Settlement Conference at the Court's convenience until sometime in January 2024 or later.

DATED: November 30, 2023.

| | |
|---|---|
| KIRK KENNEDY, ESQ. | Jeffry M. Dorocak, Esq.<br>CITY ATTORNEY |
| /s/ Kirk Kennedy<br>Attorney for Plaintiff Aoun | /s/ Timothy J. Geswein<br>By: Timothy J. Geswein, Esq.<br>By: Nechole M. Garcia, Esq.<br>DEPUTY CITY ATTORNEY<br>Attorneys for City of Las Vegas |

IT IS SO ORDERED that the settlement in this matter is reset for **January 11, 2024** at 9 a.m. Settlement briefs are due **January 4, 2024**. The parties are to report to Chambers for Judge Youchah, which will be on the third floor of the courthouse, Room 3005.

Dated this 30th day of November, 2023

_____
**ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE**